UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00226 BRW |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(4) |
| | ) | 18 U.S.C. § 922(a)(6) |
| TRACE SCOTT | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about July 2, 2022, in the Eastern District of Arkansas, the defendant,

TRACE SCOTT,

having been previously and knowingly adjudicated a mental defective or committed to a mental institution did knowingly possess, in and affecting commerce, one or more of the following firearms:

    1. a Glock, model 43, 9mm pistol, bearing serial number BHPW893; and

    2. a Savage, model 210, 12-gauge shotgun, bearing serial number F654598.

All in violation of Title 18, United States Code, Sections 922(g)(4).

### COUNT 2

On or about June 25, 2022, in the Eastern District of Arkansas, the defendant,

TRACE SCOTT,

in connection with the attempted acquisition of Heritage, model Rancher, .22 LR caliber rifle, bearing serial number 3PH230819, from Sportsman's Edge, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to Sportsman's Edge, which statement was intended and likely to deceive Sportsman's Edge, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant

1

under chapter 44 of Title 18, in that the defendant represented he had not been committed to a mental institution in violation of Title 18, United States Code, Section 922(a)(6) and 924 (a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Count 1 or 2 of this Indictment, the defendant, TRACE SCOTT, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]